### WEST et al. v. WRIGHT.

SIMMONS, C. J. 1. Where one makes a voluntary conveyance of land, and subsequently, for a valuable consideration, conveys the same land to another who knows that the grantor has previously made the voluntary conveyance, and the grantee in the later deed sells and conveys the land to another person who has no notice, such last grantee will be protected against the voluntary deed. Civil Code, § 3938.

2. Whether the deed in this case from a mother to her children was voluntary or for value can not be determined by this court, as no copy or sufficient description of the deed is embraced in the record. Inasmuch as the trial judge treated the deed as voluntary and the plaintiffs in error have failed

to show that he erred in so doing, this court must also treat the deed as a voluntary one.              *Judgment affirmed.   All the Justices concur.*

Submitted November 25, — Decided December 12, 1904.

Levy and claim.    Before Judge Lewis.    Greene superior court. March 19, 1904.

*George A. Merritt* and *Joseph P. Brown,* for plaintiffs in error. *James B. & Noel P. Park,* contra.